FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP - 7 2016
JAMES W. McCORMACK, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:16-CR-00195JLH |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| JUSTIN LAMONT BREWER | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 3013 |
| | ) | 18 U.S.C. § 3571 |
| | ) | 18 U.S.C. § 3583 |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

A. Prior to December 17, 2015, the Defendant,

**JUSTIN LAMONT BREWER**

had previously been convicted as follows:

1. In Pulaski County Circuit Court for two counts of Possession of Controlled Substance with Intent to Deliver, in criminal case CR-10-60.

2. In Pulaski County Circuit Court for Aggravated Assault and Fleeing in criminal case CR-10-2892.

3. In Pulaski County Circuit Court for Domestic Battery 3rd Degree, Victim Pregnant, and Aggravated Assault – Family or Household Member in criminal case CR-14-909.

4. In Faulkner County Circuit Court for Domestic Battery 3rd Degree – Prior Offense or Victim Pregnant, and two counts of Terroristic Threatening, 1st Degree in criminal case CR-2014-903.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about December 17, 2015, in the Eastern District of Arkansas, the Defendant,

**JUSTIN LAMONT BREWER**

did knowingly possess the following firearm in and affecting commerce, to wit, one Kimber Classic Stainless, .45-caliber pistol, bearing serial number K019925, thereby violating Title 18, United States Code, Section 922(g)(1).

[End of text. Signature page to follow.]