IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                       No. 4:16-cr-195-DPM

JUSTIN LAMAR BREWER
Reg. No. 31003-009                                      DEFENDANT

## ORDER

Motion, *Doc. 37*, denied. Brewer waived his right to have his sentence modified based on a change to the guidelines. *Doc. 27 at 3*. The United States has the right to enforce this term of the parties' plea agreement. *Freeman v. United States*, 564 U.S. 522, 541 (2011) (Sotomayor, J., concurring).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 December 2023